# EXHIBIT 1

# POSITION DESCRIPTION

**TITLE:** Human Relations Coordinator
**REPORTS TO:** Store Manager

## ESSENTIAL JOB FUNCTIONS

## Human Relations

This position is designed to assist the Store Manager in building the "Best Team in Town" to ensure that Food City is indeed "The Best Store in Town!"

1. Walk the store daily; i.e. make contact with and be available to all associates working.
2. Recruiting Process
    a. Update the In-Store Career Boards
    b. Review and update Event Calendar and planner
    c. High School and College Contact Person (Yearly Plan)
    d. Communicate and assist in coordinating all career fairs with Company Recruiter
    e. Maintain College Tracking Report
    f. Check hiring kiosk daily for cleanliness and report any technical issues to I.S. Support Desk (ext. 5005)
    g. Ensure that internal company job opportunity postings are communicated and removed as directed
    h. Schedule and communicate with all Front End associates the HRC's availability for assisting applicants needing help with the application process
    i. Receive and assist possible candidates with employment inquiry calls
3. Hiring Process
    a. Attend Department Head Meetings and coordinate staffing solutions for each department's needs
    b. Review all applications (daily)
    c. Conduct all phone interviews
    d. Scheduling and conducting initial interviews with department head
    e. All drug testing, verifying results
    f. Completing new hire paperwork/process
    g. Schedule orientation and new hire department training with the department trainer and communicate the schedule in writing to all new associates.

## DUTIES TO ASSIST THE STORE MANAGER

1. Be proficient in Kronos Time-Keeping system and serve as store specialist for all questions and concerns related to the timekeeping system.
2. Update attendance, tardiness occurrences report and review with Store Manager for policy violations.
3. Review Food Safety exception reports, cover with store manager
4. Facilitate the review process.
5. Assist with investigating XBR reports as requested by Store Manager.
6. Assist with investigating security alarm reports as requested by Store Manager.
7. Fill out Worker's Compensation and General Liability forms.
8. Order uniforms and maintain inventory.
9. School Bucks Coordinator.
10. Maintain information security in the back office, doors locked if associate is not present.
11. Attend and assist the store manager in preparing for department head meetings.
12. Other duties as assigned by Store Manager.
13. Gather and distribute information to Safety Committee.
14. Ensure that Personal Automobiles Used for Business Purpose form is completed by appropriate associates.

## SCHEDULING

1. Flexible schedule based on the needs of the store.
2. Any day the Human Relations Coordinator is interviewing, hiring or training, the schedule will reflect the times candidates are available. Example: Students may not be available before 4:00 p.m.

## ATTRIBUTES

1. Complete understanding of company culture
2. Professionalism
3. Maintain confidentiality with company and associates' information
4. Personable
5. Ability to communicate effectively to associates and management of all levels
6. Exhibits patience
7. Ability to multi-task and follow through with multiple assignments
8. Effective at training on all levels
9. A motivator – generating excitement and enthusiasm to learn
10. Strong interviewing skills
11. Self-motivated
12. Willing to be assertive in communicating ideas and concerns when necessary (i.e. Department Manager, Store Manager, and District Manager, etc.)